MARY CORKERY and CORNELIUS CORKERY, Respondents, v. THIRD AVENUE RAILWAY COMPANY and Others, Appellants, Impleaded with Another, Defendant. ELIZABETH STEPHENS and GERALD STEPHENS, Respondents, v. THIRD AVENUE RAILWAY COMPANY and Others, Appellants, Impleaded with Another, Defendant. — Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.